Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Lisa Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-0099-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm |
| JOSHUA LUCAS KAY L SCHMIDT,<br>Defendant. | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about April 25, 2023, in the Eastern District of Washington, the Defendant, JOSHUA LUCAS KAY L SCHMIDT, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit:

INDICTMENT – 1

- a Norinco US, .45 caliber pistol, bearing serial number 302432;

- a Ruger, AR 556, 5.56 caliber semi-automatic rifle, bearing serial number 855-07903;

which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, JOSHUA LUCAS KAY L SCHMIDT, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Norinco US, .45 caliber pistol, bearing serial number 302432;

//

//

//

//

//

//

INDICTMENT – 2

- a Ruger, AR 556, 5.56 caliber semi-automatic rifle, bearing serial number 855-07903; and,

- any and all seized ammunition

DATED this 6 day of September, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Patrick J. Cashman
Assistant United States Attorney

*[signature]*
Lisa Cartier-Giroux
Assistant United States Attorney

INDICTMENT – 3